UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

WALTER J. SCOTT, JR.,                                :

            Plaintiff                       :        17-CV-2772 (DLC)

   -against-                                        :

BANGKO SENTRAL NG PILIPINAS;                         :
PHILIPPINES VETERANS BANK;
BANKWISE, INC.; WISE HOLDINGS, INC.;                 :
ALBERTO V. REYES; RICARDO A.
BALBIDO; ROBERTO F. DE OCAMPO                        :
NONILO C. CRUZ; AND JOHN AND/OR
JANE DOES 1-20,                                      :

            Defendants.                     :
----------------------------------------------------------------------x

## DECLARATION OF ROBERTO F. DE OCAMPO

I, Roberto F. de Ocampo, do hereby declare:

1. I am the Chairman and CEO of Defendant Philippines Veterans Bank ("PVB"). I submit this Declaration in support of the motion of PVB to dismiss the complaint. I am over the age of eighteen and am competent to testify to the matters stated in this declaration.

2. PVB is bank organized and existing under the laws of the Philippines.

3. The principal place of business of PVB is in Makati, Philippines.

4. Plaintiff references in paragraph 71 of the Complaint a Memorandum of Agreement purportedly executed between PVB and certain other parties in September 2004. A true and correct copy of this Memorandum of Agreement is attached hereto as Exhibit A.

5. A true and correct copy of an April 24, 2017 email sent to me by the Plaintiff is attached hereto as Exhibit B. It indicates that the Plaintiff has a presence in the Philippines. The phone number with the "63" country code is a Philippines phone number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2017.

By: _____
**ROBERTO F. DE OCAMPO**

**SUBSCRIBED AND SWORN** to before me this 22nd day of September 2017 in Makati City. Affiant exhibited to me his TIN 120-115-828 and identified by me by his competent evidence of identity as indicated above, in accordance with the 2004 Rules on Notarial Practice.

Doc. No. 92 :

Page No. 19 :

Book No. VII :

Series of 2017

ATTY. ROWENA B. AUSTRIA-GENEROSO
Commission expires on December 31, 2018
Notary Public for and in Makati City
V.A. Rufino cor. Dela Rosa St., Legaspi Village, Makati City
Roll No. 44152/IBP Life Member No. 02227; Manila II Chapter
PTR No. 5900482/ 01-04-2017; Makati City